# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 5D2023-2376
LT Case No. 2020-300339-CFDB

—————————————————

TAREK MNEIMNE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Thomas J. Butler, of Thomas Butler, P.A., Miami Beach, for
Appellant.

Tarek Mneimne, Lake City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

February 21, 2025

WALLIS, J.

Tarek Mneimne (Appellant) seeks *Anders*[1] review of the judgment and sentence entered against him following his conviction for first-degree felony murder. We affirm Appellant's conviction and sentence but remand for the correction of the $100 public defender application fee because it was imposed in excess of the statutory amount of $50 pursuant to section 27.52(1)(b), Florida Statutes. *See Alexis v. State*, 211 So. 3d 81, 83 (Fla. 4th DCA 2017); *Simmons v. State*, 24 So. 3d 636, 638 (Fla. 2d DCA 2009). On remand, the fee should be reduced to $50. *See* §27.52(1)(b), Fla. Stat.; *Dortch v. State*, 396 So. 3d 50 (Fla. 5th DCA 2024); *Einsmann v. State*, 293 So. 3d 634, 635 (Fla. 5th DCA 2020); *Robinson v. State*, 256 So. 3d 217, 218 (Fla. 5th DCA 2018); *Alexis*, 211 So. 3d at 83.

AFFIRMED in part, REVERSED in part. REMANDED with instructions.

MAKAR and LAMBERT, JJ., concur.

––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––

---

[1] *Anders v. California*, 386 U.S. 738 (1967).